## C. E. GLENNY V. THE STATE.

No. 9933.   Delivered December 2, 1925.

**Murder—Appeal Dismissed.**

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

Appeal from the District Court of Clay County. Tried below before the Hon. Vincent Stine, Judge.

Appeal from a conviction of murder, penalty ten years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

The conviction is for murder; punishment fixed at confinement in the penitentiary for a period of ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*